JPML FORM 1A                             DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 292 -- IN RE ROYAL TYPEWRITER CO. (ROYAL BOND COPIER) BREACH OF WARRANTY LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/13/76 | 1. | MOTION w/SUPPORTING BREIF -- Michael L. Booher and Lorraine Corp. -- includes Shcedule of Captions and attaches First Amended Complaint in A-1 and complaint in A-3. Also includes certificate of service on involved counsel and clerks of involved courts. REQUESTED TRANSFEREE FORUM: Southern District of Florida |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-3 for hearing Jan 28, 1977, Miami, Florida |
| 12/22/76 | | APPEARANCES -- SHELBY HIGHSMITH for Xerographic Supplies Corp., Ted M. Mark, Paula Mark Mark Royal Associates MORRIS L. KLAPPER, ESQ. for Michael L. Booher and Lorraine Corp. |
| XX/XX/XX APPEARANCE 12/28/76 | | APPEARANCE -- ALAN H. LOBLEY for Royal Typewriter Co., Div. Litton Business Machines Royal Typewriter Co., Div. of Royal Bus. Machines Litton Industries Credit Corp. |
| 12/29/76 | 2 | RESPONSE -- ROYAL TYPEWRITER CO. DIV., LITTON BUSINESS SYSTEMS, INC. ROYAL TYPEWRITER CO., DIV. OF ROYAL BUSINESS MACHINES, INC., LITTON INDUSTRIES CREDIT CORP., w/Exhibit A and cert of service |
| 1/10/77 | 3 | REPLY -- LORRAINE CORP. AND MICHAEL L. BOOHER (cannot locate to retire) |
| 1/17/77 | | STATEMENT OF POSITION AND WAIVER OF ORAL ARGUMENT -- Xerographic SUPPLIES CORP., TED M. MARK, PAULA MARK d/b/a MARK ROYAL ASSOCIATES |
| 1/25/77 | | WAIVER OF ORAL ARGUMENT -- Lorraine Corporation and Michael L. Booher w/cert. of service. 1/28/77 hearing in Miami, Fl. |
| 1/26/77 | 4 | REPLY BRIEF AND STATEMENT OF ADDITIONAL FACTS IN RESPONSE TO BRIEF -- Booher, Lorraine and Xerographic w/cert. of service. |
| 8/15/77 | | OPINION AND ORDER -- Denying transfer of A-1, A-2 and A-3 under 28 U.S.C. S1407. |

DOCKET NO. 292 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ROYAL TYPEWRITER CO. (ROYAL BOND COPIER) BREACH OF WARRANTY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  1/28/77

Consolidation Ordered _____     Consolidation Denied  8/15/77

Opinion and/or Order  8/15/77

Citation _____

Transferee District _____     Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lorraine Corp., et al. v. Royal Typewriter Co., etc., et al. | S.D.Ind. Holder | IP-76-502-C | | | | |
| A-2 | Royal Typewriter Co., etc. v. Michael L. Booher, etc., et al. | S.D.Ind. Holder | IP-76-496-C | | | | |
| A-3 | Royal Typewriter Co., etc. v. Xerographic Supplies Corp., et al. | S.D.Fla. Atkins | 76-440-Civ-CA | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 292 -- IN RE ROYAL TYPEWRITER CO. (ROYAL BOND COPIER) BREACH OF WARRANTY LITIGATION

---

MICHAEL L. BOOHER
LORRAINE CORP.
Morris L. Klapper, Esquire
Klapper & Isaac
2036 East 46th Street
Indianapolis, Indiana  46205

XEROGRAPHIC SUPPLIES CORP.
TED M. MARK
PAULA MARK
MARK-ROYAL ASSOCIATES
Shelby Highsmith, Esquire
Highsmith, Strauss & Varner
Suite 17-3
825 S. Bayshore Drive
Miami, Florida  33131

ROYAL TYPEWRITER CO.,
  DIVISION OF LITTON BUSINESS SYSTEMS
ROYAL TYPEWRITER, CO., INC.
  DIVISION OF ROYAL BUSINESS MACHINES
LITTON INDUSTRIES CREDIT CORP.
Alan H. Lobley, Esquire
111 Monument Circle, 10th Floor
Indianapolis, Indiana  46204